

IN THE
TENTH COURT OF APPEALS

_____

No. 10-13-00097-CV

IN RE ARCABABA D/B/A OK CORRAL

_____

Original Proceeding

MEMORANDUM  OPINION

On November 14, 2013, relator, Arcababa, Inc. d/b/a OK Corral, filed a "Notice of Automatic Stay," informing this Court that relator's insurance carrier, Indemnity Insurance Corporation, RRG ("IICRRG"), has been placed into rehabilitation by Order of the Court of Chancery of the State of Delaware.  Attached to relator's notice is a "Rehabilitation and Injunction Order" entered by the Delaware Chancery Court, which concludes that, among other things, IICRRG "is impaired, in unsound condition, and in such condition as to render its further transaction of insurance presently and prospectively hazardous to its policyholders."

Under section 462.309(a) of the Texas Insurance Code,

a proceeding in which an impaired insurer is a party or is obligated to defend a party in a court in this state, other than a proceeding directly related to the receivership or instituted by the receiver, is stayed for:

(1) a six-month period beginning on the later of the date of the designation of impairment or the date an ancillary proceeding is brought in this state; and

(2) a subsequent period as determined by the court, if any.

*See* TEX. INS. CODE ANN. § 462.309(a) (West 2009). Subsections (b) and (c) of section 462.309 provide that the stay applies to each party to the proceeding and that any deadlines imposed under the Texas Rules of Civil Procedure or the Texas Rules of Appellate Procedure are tolled during the stay. *See id.* § 462.309(b)-(c).

In its notice, relator expresses a desire to file a "partial motion for rehearing" to our memorandum opinion that issued on October 31, 2013.[1] *See generally In re Arcababa*, No. 10-13-00097-CV, 2013 Tex. App. LEXIS 13571 (Tex. App.—Waco Oct. 31, 2013, orig. proceeding) (mem. op.). Given that relator's insurer has been determined to be impaired by the Delaware Chancery Court, pursuant to section 462.309 of the Texas Insurance Code, further action in this proceeding is stayed for a period of six months from the date IICRRG was deemed impaired—November 7, 2013. *See* TEX. INS. CODE ANN. § 462.309(a).

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial-court judge, and the trial-court clerk.

---

[1] Absent a motion for extension, under Texas Rule of Appellate Procedure 49.1, "[a] motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered." TEX. R. APP. P. 49.1. However, because of the application of Texas Insurance Code section 462.309, this deadline is tolled. *See* TEX. INS. CODE ANN. § 462.309(c) (West 2009).

AL SCOGGINS
Justice


Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal suspended
Opinion delivered and filed November 15, 2013
[OT06]